People v Straker (2023 NY Slip Op 01971)

People v Straker

2023 NY Slip Op 01971

Decided on April 18, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 18, 2023

Before: Kapnick, J.P., Moulton, Kennedy, Mendez, Pitt-Burke, JJ. 

Ind. No. 1685/11 Appeal No. 56 Case No. 2018-3763 

[*1]The People of the State of New York, Respondent,
v
Michael Straker, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (IvÁn Pantoja of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Kalani A. Browne of counsel), for respondent.

Appeal from order, Supreme Court, Bronx County (Steven L. Barrett, J.), entered on or about September 21, 2016, which adjudicated defendant a level two offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), held in abeyance and the matter remitted to Supreme Court for further proceedings in accordance with this decision.
As the People concede, in assessing 20 points under the risk factor for defendant's relationship with the victims, the court made no findings of fact or conclusions of law (see Correction Law § 168-n[3]) that the relationship was between strangers or was established for the primary purpose of victimization. We therefore remit the case to Supreme Court to specify the required findings and conclusions, based on the evidence already introduced (see People v Cook, 11 NY3d 797 [2008]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 18, 2023